Summons